# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-706
Lower Tribunal No. F07-4947
_____

**Tyree Patrick Walker,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Tyree Patrick Walker, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.